CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 20 2010
JOHN F. CORCORAN, CLERK
BY: /s/ J. Claft
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL WHISMAN,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:10-cv-00010 |
| v. | ) ) ) | **ORDER** |
| GENE JOHNSON,<br>    Defendant. | ) ) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This 20th day of January, 2010.

/s/ James C. Turk
Senior United States District Judge